| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 000013198 | DATE 05/13/2026 |
|---|---|---|---|---|

| NAME DASGUPTA-FRANCIS, Nolan | OFFICER Marie F. Serna | JUDGE Laurie J. Michelson | DOCKET # 21-CR-20036-02 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE 03/30/2023 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 23 | PHOTO |
|---|---|---|---|---|
| COMMENCED 02/19/2024 | REVOCATION DATE 12/19/2025 | | |  |
| EXPIRATION 04/02/2027 | RECOMMENCED 04/03/2026 | | | |

| ASST. U.S. ATTORNEY Terrence Haugabook | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

<span style="color:red">**TO ISSUE A WARRANT**</span>

**ORIGINAL OFFENSE**

Count 3:  18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 45 months, with credit for time served from December 8, 2020. The term of imprisonment shall be served concurrent to any parole violation sentence imposed for Third Circuit Docket No.: 17-005551-01-FC, to be followed by a 2-year term of supervised release.

Modification:  07/09/2024, Special condition added: "The defendant will be monitored by the global position system (GPS) component of location monitoring technology for a period of 90 consecutive days and must follow the rules and regulations of the location monitoring program. The defendant is restricted to his residence, according to a curfew as directed by the probation officer. The costs of the program are waived."

Revocation Sentence: On December 19, 2025, defendant sentenced to three months custody, followed by a 12-month term of supervised release with special conditions: No contact with victim (Cortina Gater), MRT (Moral Reconation Therapy), Mental Health Treatment.

**ORIGINAL SPECIAL CONDITIONS**

1.  You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013198 | **DATE** 05/13/2026 |
|---|---|---|---|---|

| **NAME** DASGUPTA-FRANCIS, Nolan | **OFFICER** Marie F. Serna | **JUDGE** Laurie J. Michelson | **DOCKET #** 21-CR-20036-02 |
|---|---|---|---|

or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Criminal Monetary Penalty: Special Assessment $100.00 (Paid).

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|

**1**      **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On April 26, 2026, troopers of the Michigan State Police were on patrol in the area of Davison near La Salle Boulevard and observed a white Chevrolet Trax (Nebraska plate BCP001) with a driver not wearing a safety belt. Due to the citable offense, a traffic stop was conducted. The driver was identified as NOLAN DASGUPTA-FRANCIS and was advised of the reason for the traffic stop. The trooper observed he was sitting on his safety belt with the belt that crosses over the chest area on. To be noted, individuals will sit on their seat belts and if they are contacted by law enforcement they will reposition the belt over their shoulder/chest area.

During the investigation of DASGUPTA-FRANCIS' license, it returned as suspended and he had an outstanding warrant from Oakland County for damage to property. Due to operating the motor vehicle without a license and the outstanding warrant, DASGUPTA-FRANCIS was requested to exit the vehicle multiple times to which he did not initially comply with (reaching in and out of his pants pocket, talking on his phone, and placing his hat on his head). DASGUPTA-FRANCIS eventually complied and was handcuffed, searched, and escorted to the front of the patrol vehicle to be charged with Police Officer Assaulting/Resisting/Obstructing, Parole Violation, and Driving While License Suspended.

The trooper reapproached the suspect vehicle and contacted the front seat passenger later identified as Cortina Gater. Ms. Gater was advised the vehicle was going to be towed due to DASGUPTA-FRANCIS not possessing a valid operator's license. Additionally, the trooper observed a brown paper bag with a glass bottle that had a cork on the top which is consistent with a liquor bottle along with a red in color dixie cup filled with intoxicants in the front seat passenger door cup holder. Due to the vehicle being towed and the open intoxicants within the suspect vehicle, Ms. Gater was requested multiple times to exit the vehicle which she did not comply with and had to be extricated from the vehicle. Ms. Gater was arrested for Resisting and Obstructing Police.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013198 | **DATE** 05/13/2026 |
|---|---|---|---|---|

| **NAME** DASGUPTA-FRANCIS, Nolan | **OFFICER** Marie F. Serna | **JUDGE** Laurie J. Michelson | **DOCKET #** 21-CR-20036-02 |
|---|---|---|---|

On April 30, 2026, DASGUPTA-FRANCIS was released pending further charges from the Detroit Detention Center. As of this writing, no charges have been filed.

---

**2**  **Violation of Special Condition:** "NO CONTACT WITH VICTIM (CORTINA GATER)"

As outlined in Violation 1, On April 26, 2026, DASGUPTA was arrested by Michigan State Police. During the arrest, Cortina Gater was a passenger in the vehicle DASGUPTA was driving in violation of the no contact order.

---

**3**  **Violation of Special Condition:** "NO CONTACT WITH VICTIM (CORTINA GATER)"

On April 15, 2026, officers of Southfield Police Department were dispatched to the area of Stanford Drive and Eleven Mile Road for a disturbance. Dispatch advised the caller stated they could hear someone playing loud music in the Uptown Elevens apartment complex. The caller further stated they could hear the responsible arguing about who put hands on who. Upon arrival, officers observed a white 2025 Chevrolet Trax (Nebraska plate BCP001) parked in the southwest corner of the complex. The officers observed what appeared to be a male standing outside of the vehicle leaning over a female who was seated in the driver's seat. As the officers approached, the male began walking away. The officers advised him to stop and he complied. The male appeared to be heavily intoxicated (slurred speech, trouble balancing, odor of intoxicants emanating from person). The officer observed the male to have what appeared to be dried blood on his shirt.

The officer observed several abrasions on the male's lips and arms. The officers asked the male to explain what had occurred. The male stated he had slipped and fallen causing the injuries. The male became uncooperative and refused to provide any further information. The officer asked the male to identify himself. The male initially refused but later identified himself as NOLAN DASGUPTA-FRANCIS via his Michigan Identification card. Dispatch advised DASGUPTA-FRANCIS had a valid parole absconder warrant and that the Michigan Department of Corrections (MDOC) wished for him to be held. DASGUPTA was placed under arrest and secured him in the back of the patrol vehicle.

An officer spoke with the female, identified as Cortina Gater, and observed dried blood on her jean jacket sleeve. Ms. Gater was initially evasive, answering questions and would not look in the officer's direction. The officer's had her step out of the vehicle in effort to obtain her statement. Upon exiting the vehicle, the officer observed dried blood on Ms. Gater's face and lower lip, and she also had a small cut on her upper lip. Her right pinky fingernail was also bloody. All the observed blood was dried and did not appear to have recently happened. When asking what occurred she was adamant that she and DASGUPTA-FRANCIS did not get into a physical fight. Ms. Gater stated she sustained the injuries from a fight between her and an unknown female at a house party somewhere in either Detroit or Warren. She said the female had beef with her while playing a game of spades and after two hours of playing they then fought. Ms. Gater could not provide the address or the name of the female.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013198 | **DATE** 05/13/2026 |
|---|---|---|---|---|
| **NAME** DASGUPTA-FRANCIS, Nolan | **OFFICER** Marie F. Serna | **JUDGE** Laurie J. Michelson | | **DOCKET #** 21-CR-20036-02 |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Marie Serna/slg 313-234-5438 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina Wilkerson 313-234-5460 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]    The issuance of a warrant

[   ]    Other

s/Laurie J. Michelson
_____
United States District Judge

5/14/2026
_____
Date