| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000012009 | **DATE** 05/26/2026 |
|---|---|---|---|---|

| **NAME** WALLACE, Marcellus | **OFFICER** Benjamin M Bojicic | **JUDGE** Laurie J. Michelson | **DOCKET #** 21-CR-20036-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 03/30/2023 **COMMENCED** 01/22/2025 **EXPIRATION** 01/21/2027 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** III | **TOTAL OFFENSE LEVEL** 25 | **PHOTO** |
|---|---|---|---|---|



| **ASST. U.S. ATTORNEY** Terrence R. Haugabook | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(g), 18 U.S.C. § 924(a)(2), Felon in Possession of a Firearm.

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 57 months, with credit for time served from December 8, 2020. The term of imprisonment shall be served concurrent to any parole violation sentence imposed from Third Circuit Court Docket No.: 15-003750-01-FC, to be followed by a two-year term of supervised release.

Modification: 01/14/2026, the following special condition was added: "You must reside at the residential reentry center (RRC) for up to 180 days. You must follow the rules and regulations of the center. While at the RRC, you shall be allowed to earn social time at the discretion of the United States probation officer, if you are in compliance with all the facility criteria and probationary standards."

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Criminal Monetary Penalty: Special Assessment $100.00 (paid)

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000012009 | **DATE** 05/26/2026 |
|---|---|---|---|---|

| **NAME** WALLACE, Marcellus | **OFFICER** Benjamin M Bojicic | **JUDGE** Laurie J. Michelson | **DOCKET #** 21-CR-20036-01 |
|---|---|---|---|

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Standard Condition:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE." <br><br> On January 22, 2025, WALLACE commenced his two-year term of supervised release. To date, WALLACE has been unemployed and has provided no verification of attempting to gain lawful employment. |
| 2 | **Violation of Special Condition:** "YOU MUST SUBMIT TO SUBSTANCE ABUSE TESTING TO DETERMINE IF YOU HAVE USED A PROHIBITED SUBSTANCE." <br><br> On November 13, 2025, December 31, 2025, February 24, 2026, March 4, 2026, and April 22, 2026, WALLACE was positive for marijuana and admitted to using marijuana on each occasion. |
| 3 | **Violation of Special Condition**: "YOU MUST PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. THE PROBATION OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER, WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.)." <br><br> On March 21, 2025, WALLACE was referred to Shanle Psychological Services for a substance abuse assessment which he completed. Weekly individual therapy sessions were recommended for WALLACE. On September 30, 2025, WALLACE was unsuccessfully terminated from substance abuse treatment for failing to attend multiple scheduled treatment sessions. |
| 4 | **Violation of Special Condition:** "YOU MUST RESIDE AT THE RESIDENTIAL REENTRY CENTER (RRC) FOR UP TO 180 DAYS. YOU MUST FOLLOW THE RULES AND REGULATIONS OF THE CENTER. WHILE AT THE RRC, YOU SHALL BE ALLOWED TO EARN SOCIAL TIME AT THE DISCRETION OF THE UNITED STATES PROBATION OFFICER, IF YOU ARE IN COMPLIANCE WITH ALL THE FACILITY CRITERIA AND PROBATIONARY STANDARDS." |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000012009 | **DATE** 05/26/2026 |
|---|---|---|---|---|

| **NAME** WALLACE, Marcellus | **OFFICER** Benjamin M Bojicic | **JUDGE** Laurie J. Michelson | **DOCKET #** 21-CR-20036-01 |
|---|---|---|---|

On December 31, 2025, a non-compliance meeting was held with WALLACE attempting to address multiple areas of concern. WALLACE signed a Prob 49 modification to reside in the Residential Reentry Center (RRC) for up to 180 days. On January 14, 2026, Your Honor signed the 12B Modification for residing at the RRC. On February 12, 2026, WALLACE reported to the RRC as directed. On April 18, 2026, WALLACE was found in the men's restroom under the influence of an unknown substance. His room was searched by RRC staff. In his room, staff located a lighter and rolled up tissue. RRC staff requested WALLACE take a urine sample and provide a breathalyzer to which he denied doing both. WALLACE was deemed a program failure and removed from the RRC.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Benjamin M Bojicic/slg/djl 313-234-5453 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Christina R. Wilkerson 313-234-5460 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]   The issuance of a summons

[ ]   Other


s/Laurie J. Michelson
_____
United States District Judge

5/28/2026
_____
Date